IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DARREN EUGENE WALKER, #1132401 § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-541 |
| § | |
| NATHANIEL QUARTERMAN, Director § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division § | |

**ORDER OF DISMISSAL**

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, which recommends that the Application for Writ of Habeas Corpus of Darren E. Walker be dismissed with prejudice. Walker has filed objections to the Report and Recommendation, re-asserting facts and additional conclusory remarks regarding the disciplinary case at bar. Petitioner's objections are without merit. As correctly stated by the Magistrate Judge, the disciplinary proceeding of which Petitioner complains afforded him the due process to which he was entitled, and the finding of guilt is supported by the evidence.

Having given this matter *de novo* review as required by 28 U.S.C. §636 (b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of federal law and should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein.

1

It is **ORDERED** that the Application for Writ of Habeas Corpus of Darren E. Walker is **DENIED** and this cause is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas, this the 20th day of December, 2006.

Samuel B. Kent
United States District Judge